No. 22-3157

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Florine K. Ching,

            Appellee,

vs.

Ofc. Neal Walsh,

            Appellant.

On Appeal from the United States District Court for the District of Minnesota, the Honorable Kate M. Menendez, presiding

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE, that Assistant City Attorney Sara Lathrop hereby gives notice to the Court and counsel that she withdraws her representation of Appellant Officer Neal Walsh in the above-entitled matter. Assistant City Attorneys Tracey Fussy, Mark Enslin and Rebekah Murphy will continue as counsel of record for Appellant.

Dated: April 25, 2023

KRISTYN ANDERSON  
City Attorney  
By  *s/ Sara Lathrop*  
SARA J. LATHROP (#310232)  
Assistant City Attorney  
City Hall, Room 210  
350 South Fifth Street  
Minneapolis, MN 55415  
(612) 673-2072  
sara.lathrop@minneapolismn.gov